NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROL G. MEAD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7128

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-3897, Judge William P. Greene, Jr.

---

**ON MOTION**

---

## ORDER

Carol G. Mead files an unopposed motion for leave to amend her opening brief, which we treat as a motion for leave to file a supplemental informal brief out of time. Mead also files out of time an unopposed motion for a 45-day extension of time to file her reply brief.

CAROL MEAD v. SHINSEKI                                           2

    Upon consideration thereof,

It Is Ordered That:

    1)  The motions are granted.

    2)  Mead's supplemental informal brief is accepted.

    3)  Mead's reply brief is due no later than 45 days from the date of this order. No further extensions will be granted.

                           For The Court

**SEP 2 6 2012**
_____
        Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Carol G. Mead
      K. Elizabeth Witwer, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 6 2012

JAN HORBALY
CLERK